COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Clayton Homer Bruno v. The State of Texas

Appellate case number:    01-13-00380-CR
                          01-13-00381-CR

Trial court case number:  1330602
                          1330604

Trial court:              179th District Court of Harris County

On October 18, 2013, Nicole DeBorde filed a motion to substitute as attorney of record in the above-referenced appeals. Appellant is presently represented by Keisha L. Smith. The motion states that appellant wishes to substitute, and certifies that a copy of the motion was mailed to all parties and to appellant. No objection to the motion has been filed.

The motion is **granted**. Nicole DeBorde is substituted as appellant's counsel of record in place of Keisha L. Smith.

On October 15, 2013, Keisha L. Smith filed a motion to withdraw as appellant's counsel. The motion is **dismissed as moot**.

It is so ORDERED.

Judge's signature: /s/ <u>Rebeca Huddle</u>
                   ☒Acting individually     ☐ Acting for the Court


Date:  October 29, 2013